1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorneys
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3695
7     Fax: (510) 637-3724
      E-Mail: Thomas.Green@usdoj.gov
8

9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           ) No. CR 18-00354 JST
                                        )
14             Plaintiff,               )
                                        ) STIPULATION AND [PROPOSED] ORDER TO
15        v.                            ) EXCLUDE TIME UNDER THE SPEEDY TRIAL
                                        ) ACT
16  OSCAR RENE NOGUERA BAEZA,           )
                                        )
17             Defendant.               )
                                        )

18

19        On September 7, 2018, the parties made their initial appearance before this Court for a status

20  conference. With the agreement of the parties, the Court enters this order documenting the exclusion of

21  time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), and (h)(7)(B)(iv), from September 7, 2018,

22  to November 9, 2018, which the parties understand is the Court's first available date for change of plea.

23  The parties agreed to the exclusion of time under the Speedy Trial Act to allow effective preparation of

24  defense counsel, including to review the evidence by the government and meet with the defendant, and

25  for continuity of counsel, in light of lead defense counsel being presently out of the country. For these

26  reasons, the parties agree that time is excludable pursuant to 18 U.S.C. §3161(h)(7)(A), and

27  (h)(7)(B)(iv).

28

CR 18-00354 JST
STIP. REQUEST TO EXCLUDE TIME

Given these circumstances, the Court found that the ends of justice served by excluding the period from September 7, 2018 through November 9, 2018, from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial in accordance with 18 U.S.C. § 3161(h)(7)(A), and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: September 7, 2018                                 ALEX G. TSE
                                                                            United States Attorney

                                                                            /s/ *Thomas R. Green*
                                                                    THOMAS R. GREEN
                                                                   Assistant United States Attorney

Dated: September 7, 2018                                 /s/ *Seth Morris*
                                                                      COLIN COOPER & SETH MORRIS
                                                                      Attorney for Defendant Oscar Baeza

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by defense counsel and continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded through November 9, 2018, when the parties are scheduled to appear for change of plea.

IT SO ORDERED.

DATED: September 7, 2018

                                                                            The Hon. Jon S. Tigar
                                                                            United States District Court Judge